Friday, September 2, 1988

## MOTION DOCKET

**88-1501.** State, ex rel. Harrell, v. Bd. of Edn. of the Streetsboro City School Dist. *Portage County,* No. 1970. On motion to stay execution. Motion granted.

Sweeney, Douglas and H. Brown, JJ., dissent.

**88-1502.** State, ex rel. Celigoj, v. Bd. of Edn. of the Streetsboro City School Dist. *Portage County,* No. 1969. On motion to stay execution. Motion granted.

Sweeney, Douglas and H. Brown, JJ., dissent.

## MISCELLANEOUS DISMISSALS

**88-753.** State, ex rel. Scripps Howard Broadcasting Co., v. Daniel Drake Memorial Hospital. In Mandamus. Cause dismissed, upon application of counsel for relator, effective August 29, 1988.

**88-928.** State, ex rel. Freeman, v. Shoemaker. *Stark County,* No. CA-7406. Cause dismissed for want of prosecution upon application of counsel for appellees, effective August 29, 1988.

**88-1182.** Christian v. Hartman. *Franklin County,* No. 87AP-217. Cause dismissed, upon application of counsel for appellant, effective August 29, 1988.